# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1664

_____

Edward Almonte,

        Appellant,

v.

Lisa J.W. Hollingsworth, Warden,

        Appellee.

\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   District of Minnesota.
\*
\*   [UNPUBLISHED]
\*

_____

Submitted: March 15, 2007
Filed: March 22, 2007

_____

Before COLLOTON, HANSEN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Edward Almonte appeals the district court's[1] denial of his 28 U.S.C. § 2241 petition, which alleged his constitutional rights were violated by a disciplinary action that resulted in his loss of good-conduct time. Upon careful review of the record and the appellate submissions, we hold that the district court properly concluded Almonte was not entitled to relief under section 2241. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Susan Richard Nelson, United States Magistrate Judge for the District of Minnesota.